# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EUGENE G. DEWS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CYNTHIA LINK**, Ex-Superintendent, SCI-Graterford, **MS. DJANAH MCCOLLOUGH**, Correctional Officer, SCI-Graterford, **SERGEANT PEDRO MIRABEL**, Correctional Officer, SCI-Graterford, **MR. JOSEPH C. KORSZNIAK (CHCA)** In His Individual Capacity and His Official Capacity As Corrections Health Care Administrator Of SCI-GRATERFORD, **PENNSYLVANIA DEPARTMENT OF CORRECTIONS**, **BRITTANY HUNER**, In Her Individual Capacity and Her Official Capacity As Corrections Health Care Administrator Of SCI Phoenix and **KEVIN PURIFOY**, In His Individual Capacity | : : : : : : : : : : : : : | **NO. 18-4285** |

## ORDER

**NOW**, this 2nd day of June, 2021, upon consideration of the Motion of Defendants Cynthia Link, Brittany Huner, and Pennsylvania Department of Corrections to Partially Dismiss First Amended Complaint (Doc. No. 47) and the Motion of Defendant Joseph C. Korzniak to Partially Dismiss First Amended Complaint (Doc. No. 50), and the plaintiff's responses, it is **ORDERED** that the motions are **GRANTED** in part and **DENIED** in part.

**IT IS FURTHER ORDERED**:

1. Counts VII and VIII against defendants Cynthia Link and Joseph C. Korszniak are **DISMISSED**.

2. Counts VII and VIII against defendant Brittany Huner in her individual capacity are **DISMISSED**.

3. Counts VII and VIII against defendant Brittany Huner in her official capacity are **DISMISSED** to the extent plaintiff seeks monetary damages.

4. To the extent the motion seeks to dismiss Counts VII and VIII against defendant Brittany Huner in her official capacity for prospective relief, it is **DENIED**.

5. To the extent the motion seeks to dismiss Count IX against the Pennsylvania Department of Corrections, it is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.